**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William Justin MARSHALL, a/k/a
WJ, Defendant–Appellant.**

**No. 16-6882**

United States Court of Appeals,
Fourth Circuit.

Submitted: October 18, 2016

Decided: October 21, 2016

William Justin Marshall, Appellant Pro Se. Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina; Leesa Washington, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Justin Marshall appeals the district court's order dismissing his pro se 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction pursuant to Amendment 782 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Marshall, No. 3:06–cr–00562–CMC–1 (D.S.C. June 14, 2016).We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED